Helen Coulton, Emmory Williams, et al., Appellants, v. L. R. Nelson Manufacturing Co., Inc., Appellee.

Gen. No. 11,830.

Third District.
February 17, 1964.

Thomas Q. Keefe, of East St. Louis and John M. Schobel, of St. Louis, Missouri (Gruenberg, Schobel & Souders, of counsel), for appellants; Davis, Morgan & Witherell, of Peoria, for appellee. Opinion by JUSTICE ROETH. Not to be published in full.